1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DANIEL TAYLOR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  CHRISTINE LAMPASONA

9

10
                     IN THE UNITED STATES DISTRICT COURT
11
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      )  No. CR-S-12-0002 KJN
15                                )
                 Plaintiff,       )
16                                )  STIPULATION AND ORDER FOR A
        v.                        )  CONTINUANCE OF INITIAL APPEARANCE
17                                )
   CHRISTINE LAMPASONA,           )
18                                )  Date:  January 25, 2012
                 Defendant.       )  Time:  9:00 a.m.
19                                )  Judge: Hon. Kendall J. Newman
   _____  )
20

21
        Defendant CHRISTINE LAMPASONA, by and through her attorney, LINDA
22
   HARTER, Chief Assistant Federal Defender, and the United States
23
   government, by and through its counsel, JUSTIN LEE, Special Assistant
24
   United States Attorney, do hereby stipulate that the initial appearance
25
   set for January 25 be rescheduled for an initial appearance on April
26
   25, 2012 at 9 a.m.
27
        This continuance is being requested because Mrs. LAMPASONA
28

currently lives in Kentucky and would not be able to make an appearance at the time currently designated.  Also, this will give counsel time to determine if resolution can be reached between Mrs. LAMPASONA and the government and if the case should be transferred to somewhere closer to Mrs. LAMPASONA per rule 20.

Dated:  January 23, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHRISTINE LAMPASONA

Dated:  January 23, 2012

BENJAMIN WAGNER
United States Attorney


/s/ Linda C. Harter for
JUSTIN LEE
Special Assistant U.S. Attorney

**SO ORDERED.**

Dated: January 24, 2012


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order   -2-