DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DANIEL TAYLOR
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHRISTINE LAMPASONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-0002 KJN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | FOR A CONTINUANCE OF INITIAL |
| ) | APPEARANCE |
| CHRISTINE LAMPASONA, ) | |
| ) | |
| Defendant. ) | Date: April 25, 2012 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Kendall J. Newman |

    Defendant CHRISTINE LAMPASONA, by and through her attorney, LINDA HARTER, Chief Assistant Federal Defender, and the United States government, by and through its counsel, JUSTIN LEE, Special Assistant United States Attorney, do hereby stipulate that the initial appearance set for April 25, 2012 at 9 a.m. be rescheduled for an initial appearance on May 30, 2012 at 9 a.m.

This continuance is being requested because Mrs. LAMPASONA currently lives in Kentucky and the parties are in the process of having the case transferred to Kentucky for all proceedings. The parties are close to finalizing the transfer but need some extra time for the paperwork to be processed.

Dated: April 18, 2012

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                CHRISTINE LAMPASONA

Dated: April 18, 2012

                                BENJAMIN WAGNER
                                United States Attorney


                                /s/ Justin Lee
                                JUSTIN LEE
                                Special Assistant U.S. Attorney

**SO ORDERED.**

Dated: April 18, 2012


                                /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                United States Magistrate Judge